WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
LINDA S. ORDONIO-DIXON, SBN 172830
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>THE CALIFORNIA STATE UNIVERSITY d.b.a. SAN FRANCISCO STATE UNIVERSITY,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT- CIVIL RIGHTS EMPLOYMENT DISCRIMINATION –<br>Age Discrimination in Employment Act<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age and to provide appropriate relief to Dr. Goddard Lawford. The Equal Employment Opportunity Commission ("Commission") alleges that Dr. Goddard, then 61, was denied hire to the position of Assistant Professor because of his age.

//

//

//

//

COMPLAINT

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA") which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 ("FLSA"), as amended 29 U.S.C. §§ 216(c) and 217.

## INTRA-DISTRICT ASSIGNMENT

2. The employment practices alleged to be unlawful were committed within the State of California, City and County of San Francisco, within the jurisdiction of the United States District Court for the Northern District of California.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation, and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. §626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant The California State University d.b.a. San Francisco State University ("University" or "Employer") has continuously been an Agency or Instrumentality of the State of California.

5. At all relevant times, Defendant University has continuously been an employer within the meaning of Section 11(b) of the ADEA, 29 U.S.C. § 630(b).

//
//
//
//

COMPLAINT                              2.

## CONCILIATION

6. Prior to the institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. Since at least May of 2004, the Defendant University has engaged in unlawful employment practices at its San Francisco State University campus in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a), by refusing to hire Dr. Goddard Lawford in the position of Assistant Professor because of his age, then 61.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Dr. Lawford Goddard of equal employment opportunities and otherwise to adversely affect his status as an applicant for employment because of his age.

9. The unlawful employment practices complained of in paragraph 8 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant University, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in age discrimination in hiring and any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B. Order Defendant University to institute and carry out policies, practices, and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

//

COMPLAINT                                          3.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     C.    Grant a judgment requiring Defendant University to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to individuals whose wages are being unlawfully withheld as a result of the acts complained of above, including but not limited to Dr. Lawford Goddard.

     D.    Order Defendant University to make whole Dr. Lawford Goddard by providing the affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful-place hiring and/or front pay.

     F.    Grant such further relief as the Court deems necessary and proper in the public interest.

     G.    Award the Commission its costs in this action.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

COMPLAINT                                                  4.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

RONALD COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

Dated June 3, 2008

_____
WILLIAM R. TAMAYO
Regional Attorney

_____
DAVID F. OFFEN-BROWN
Supervisory Trial Attorney

_____
LINDA ORDONIO-DIXON
Senior Trial Attorney

Attorneys for Plaintiff EEOC

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

COMPLAINT                                    5.