1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                                **Northern District of California**

10   Equal Employment Opportunity                    08-02772 WHA

11   Commission,                                      **NOTICE RE: NONCOMPLIANCE**
                                                      **WITH COURT ORDER**
12                        Plaintiff(s),

13         v.

14   The California State University,

15                        Defendant(s).

16

17         The parties have failed to file an ADR Certification and either a Stipulation and

18   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

19   Conference as required by the Initial Case Management Scheduling Order.  Counsel

20   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

21   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

22   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

23   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

24   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

25   at www.adr.cand.uscourts.gov.)

26

27         Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

28   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
08-02772 WHA                                    -1-

*United States District Court*
*Northern District of California*

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

3  to an e-mail directed to adr@cand.uscourts.gov.

4

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if

6  required, to occur before the Case Management Conference.

7

8

9  Dated: August 21, 2008

10                                                RICHARD W. WIEKING
                                                  Clerk
11                                                by:    Lisa M. Salvetti

12

13  _____
                                                  ADR Administrative Assistant
14                                                415-522-2032
                                                  lisa_salvetti@cand.uscourts.gov
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-02772 WHA                              -2-

**PROOF OF SERVICE**

Case Name:        Equal Employment Opportunity Commission v. The California
                  State University

Case Number:      08-02772 WHA

I declare that I am an employee in the Office of the Clerk, U.S. District Court,
Northern District of California.  I am over the age of eighteen (18) years and not
a party to the action. My business address is:

        ADR Program
        United States District Court
        Norther District of California
        450 Golden Gate Avenue Floor 16
        San Francisco, CA 94102

On August 21, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as
specified by General Order No. 45 to the following parties:

        Linda Susan Ordonio-Dixon
        Equal Employment Opportunity Commission
        350 Embarcadero Street
        Suite 500
        San Francisco, CA 94105-1687
        linda.ordonio-dixon@eeoc.gov

        William R. Tamayo
        San Francisco District Office
        350 The Embarcadero
        Suite 500
        san Francisco, CA 94105-1260

        David F. Offen-Brown
        U.S. EEOC
        350 The Embarcadero
        Suite 500
        San Francisco, CA 94105-1260
        David.Offen-Brown@eeoc.gov

Susan Westover
California State University
401 Golden Shore
4th Floor
Long Beach, CA 90802-4210
swestover@calstate.edu

Christine Helwick
CA State University
Office of General Counsel
401 Golden Shore
4th Floor
Long Beach, CA 90802-4210

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 21, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov