1  WILLIAM R. TAMAYO, SBN 084965
   DAVID F. OFFEN-BROWN, SBN 063321
2  LINDA S. ORDONIO-DIXON, SBN 172830
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5656
5  Fax No. (415) 625-5657

6  Attorneys for Plaintiff

7  CHRISTINE HELWICK, SBN 057274
   SUSAN WESTOVER, SBN 151211
8  CALIFORNIA STATE UNIVERSITY
   OFFICE OF GENERAL COUNSEL
9  401 Golden Shore, 4th Floor
   Long Beach, CA 90802-4210
10 Telephone No. (562) 951-4500
   Fax No. (562) 51-4956
11
   Attorneys for Defendant
12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 | EQUAL EMPLOYMENT              | CIVIL ACTION NO. 3:08-CV-02772 WHA
   | OPPORTUNITY COMMISSION,       |
17 |                               |
           Plaintiff,              | STIPULATED MOTION TO CONTINUE
18      v.                         | CASE MANAGEMENT
                                   | CONFERENCE/ADR REFERRAL;
19 | THE CALIFORNIA STATE          | [PROPOSED] ORDER
   | UNIVERSITY d.b.a. SAN FRANCISCO |
20 | STATE UNIVERSITY,             |

21         Defendant.

22
        Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-2(d), the parties to this
23
   action hereby jointly request a ninety (90) day extension of the Initial Case Management Conference
24
   for the instant litigation. The conference is currently scheduled for September 11, 2008. The parties
25
   further request that the instant case be referred to ADR for mediator assignment.
26
   //
27
   //
28
   STIP & ORDER
   CV-02772 WHA

1) Good cause exists for the requested extension and ADR referral. The parties have engaged in informal discussions regarding the early settlement of this case so as to avoid protracted litigation. Based on these communications, the parties are optimistic that this case could be resolved with the assistance of a mediator. The parties have contacted the Court's ADR division regarding the scheduling of mediation and understand that a mediation could be accomplished within 90 days. The extension requested herein will allow the parties to resolve the case, to conserve judicial resources and to also avoid the time and expense associated with the preparation of Joint Case Management Statement and initial disclosures.

2) Counsel for all parties have conferred and are in agreement to the requested extension.

3) The revised case management schedule would be as follows:

Last day to file Rule 26(f) Report, complete initial disclosures, or to state an objection in Rule 26(f) Report, and to file the Case Management Statement per the Court's standing order: **December 4, 2008.**

Case Management Conference in Courtroom 9, 19th Floor, San Francisco at 11:00 a.m.: **December 11, 2008.**

4) There is no existing ADR process or schedule in the case.

Respectfully submitted,

Dated August 21, 2008

_____
LINDA ORDONIO-DIXON
Attorney for Plaintiff EEOC

Dated August 21, 2008

_____
SUSAN WESTOVER
Attorney for Defendant CSU

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

CV-02772 WHA                                    2.