IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CALIFORNIA UNIVERSITY d/b/a SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant.<br>                                       / | No. C 08-02772 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERENCE TO ADR UNIT FOR MEDIATION** |

    The Court hereby **GRANTS** a continuance of the case management conference to **SEPTEMBER 25, 2008, AT 11:00 A.M.** All deadlines are extended accordingly. In addition, this matter is **REFERRED** to the **ADR UNIT** for **MEDIATION**.

    **IT IS SO ORDERED.**

Dated: August 26, 2008.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE