# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Equal Employment Opportunity Commission, | 08-02772 WHA MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| The California State University, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Daniel Bowling
> USDC ADR Program
> 450 Golden Gate Ave., 16th Fl.
> San Francisco, CA 94102
> 415-522-2022
> daniel_bowling@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-02772 WHA MED                - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: September 2, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-02772 WHA MED        - 2 -