IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

THE CALIFORNIA STATE UNIVERSITY d/b/a SAN FRANCISCO STATE UNIVERSITY,

    Defendant.

No. C 08-02772 WHA

**REQUEST FOR RESPONSE**

    The Court is in receipt of the settlement agreement filed May 19, 2009. The agreement requests that the Court retain jurisdiction over this matter. The Court normally retains jurisdiction in such instances for one year only. The parties are requested to respond and indicate what aspect of the agreement is expected to require enforcement by the Court, why continued jurisdiction is necessary for more than one year, and what the disposition of this matter is — dismissal, injunction or consent decree?

    **IT IS SO ORDERED.**

Dated: May 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE