UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>THE CALIFORNIA STATE UNIVERSITY D.B.A. SAN FRANCISCO STATE UNIVERSITY,<br><br>Defendant. | Case No. CV 08 2772 WHA<br><br>Ctrm:   19<br>Judge:  Hon. William H. Alsup<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR RETENTION OF JURISDICTION BY THE COURT; [PROPOSED] ORDER**<br><br>Date of Filing:  June 4, 2008<br>Trial Date:      August 31, 2009 |

Plaintiff Equal Employment Opportunity Commission and Defendant Board of Trustees of the California State University, through their undersigned counsel, hereby stipulate to dismissal with prejudice of all claims against Defendant. There are no remaining issues or parties in this action.

Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994) and *Flanagan v. Arnaiz*, 143 F.3d 540, 543-44 (9th Cir. 1998), the parties further stipulate that this Court shall retain jurisdiction of this action for the purpose of resolving any disputes that may arise in the future regarding the non-monetary and monetary relief as set-forth in the Settlement Agreement, attached hereto as Exhibit A to this Stipulation. The parties further agree that the Court's jurisdiction over this matter shall automatically expire on Dec. 31, 2010. This stipulation is based on Rule 41(a)(1) of the Federal Rules of Civil Procedure and has been signed by all the parties.

///

**STIP. FOR DISMISSAL WITH PREJUDICE**                                   Case No. CV 08 2772 WHA

1  It is so stipulated.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: June 15, 2009

By: _Jonathan T. Peck_
Attorneys for Plaintiff EEOC

CALIFORNIA STATE UNIVERSITY
OFFICE OF GENERAL COUNSEL

Dated: June 12, 2009

By:  Susan Westover
Attorneys for Defendant Board of Trustees of the California State University (erroneously named as The California State University d.b.a. San Francisco State University)

IT IS SO ORDERED.

Dated: June 17, 2009

IT IS SO ORDERED
Judge William Alsup

Hon. William Alsup
United States District Judge

Page 2 of 2

**STIP. FOR DISMISSAL WITH PREJUDICE**                    Case No. CV 08 2772 WHA